**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**
**No. 15-575V**
**Filed: August 25, 2015**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| CAMERON MOORE and | \* |
| LAURA MOORE, on behalf of minor | \* |
| Child, L.M., | \* |
| | \* |
| Petitioners, | \*    Order Concluding Proceedings, Vaccine |
| | \*     Rule 21(a). |
| v. | \* |
| | \* |
| SECRETARY OF HEALTH | \* |
| AND HUMAN SERVICES, | \* |
| | \* |
| Respondent. | \* |
| | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER CONCLUDING PROCEEDINGS[1]

**Gowen,** Special Master:

On August 20, 2015, petitioner filed a motion for voluntary dismissal pursuant to Vaccine Rule 21 (a). Pursuant to 42 U.S.C. § 300aa-21(a), this case is hereby **dismissed without prejudice**. The Clerk of the Court is instructed that a **judgment shall not enter** in the instant case pursuant to 42 U.S.C. § 300aa-21(a)(3) .

**IT IS SO ORDERED.**

**s/Thomas L. Gowen**
Thomas L. Gowen
Special Master

---

[1] Because this unpublished order contains a reasoned explanation for the action in this case, I intend to post it to the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to delete medical or other information, that satisfies the criteria in § 300aa-12(d)(4)(B). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, I agree that the identified material fits within the requirements of that provision, I will delete such material from public access.